

1  BENJAMIN W. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7                IN THE UNITED STATES DISTRICT COURT FOR THE

8                      EASTERN DISTRICT OF CALIFORNIA

9

10

11   UNITED STATES OF AMERICA,        )    CASE NO.: 1 0 MJ 0 0 3 3 1  SMS
                                      )
12              Plaintiff,            )
                                      )    APPLICATION AND ORDER TO
13       v.                           )    SEAL COMPLAINT AND ARREST
                                      )    WARRANT
14   PAUL ANTHONY VASQUEZ,            )
                                      )
15              Defendant.            )
     _____)
16

17

18

19       The United States of America hereby applies for an order permitting it to file the complaint

20   and arrest warrants in the above-captioned proceedings under seal until further order of the Court.

21       IT IS SO ORDERED.

22

23   DATED: 12/01/10

24                                         SANDRA M. SNYDER
                                           United States Magistrate Judge
25

26

27

28

                                            2

1  BENJAMIN W. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,        )
                                    )  CASE NO.
12            Plaintiff,            )
                                    )  APPLICATION AND ORDER TO
13       v.                         )  SEAL COMPLAINT AND ARREST
                                    )  WARRANT
14 PAUL ANTHONY VASQUEZ,            )
                                    )
15            Defendant.            )
   ─────────────────────────────────)

16

17

18

19      The United States of America hereby applies for an order permitting it to file the complaint

20 and arrest warrants in the above-captioned proceedings under seal until further order of the Court.

21 DATED: November 30, 2010                   Respectfully submitted,

22                                            BENJAMIN W. WAGNER
                                             United States Attorney
23

24                                     By
                                             MARK J. McKEON
25                                           Assistant U.S. Attorney

26

27

28